No. 05–6130. Parks v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 05–6137. Minix v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 05–6140. Reed v. Texas. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 05–6142. Minnfee v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 05–6143. Nali v. Michigan Attorney Grievance Commission. Sup. Ct. Mich. Certiorari denied.

No. 05–6144. Newman v. Patrick, Superintendent, State Correctional Institution at Houtzdale. C. A. 3d Cir. Certiorari denied.

No. 05–6147. Velarde v. Drunty, Acting Warden. C. A. 9th Cir. Certiorari denied.

No. 05–6153. Langston v. Braxton, Warden, et al. Sup. Ct. Va. Certiorari denied.

No. 05–6156. James v. 279 4th Avenue LLC et al. C. A. 3d Cir. Certiorari denied.

No. 05–6159. Braham v. Rodriguez. C. A. 2d Cir. Certiorari denied.

No. 05–6161. Wiggins v. Fischer, Superintendent, Sing Sing Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 05–6165. Roldan v. California. Sup. Ct. Cal. Certiorari denied.

No. 05–6167. Banks v. Arizona. Ct. App. Ariz. Certiorari denied.

No. 05–6175. Ray v. Gammon, Superintendent, Moberly Correctional Center. C. A. 8th Cir. Certiorari denied.